Concurrence by Judge WARDLAW;
Dissent by Judge CALLAHAN
ORDER
Judges Silverman[1] and Wardlaw have voted to deny the petition for panel rehearing and rehearing en banc. Judge *1020 O’Scannlain has voted to grant the petition for panel rehearing and rehearing en banc.
The full court was advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the matter en banc. The matter failed to receive a'majority of the votes of the nonrecused active judges in favor of en banc consideration. Fed. R. App. P. 35.
The petition for panel rehearing and rehearing en banc is DENIED.
IT IS SO ORDERED.

. Judge O’Scannlain and Judge Silverman both voted on the petition for rehearing en banc while they were in active status.